Walton John Alexander

Vs.

The State of Texas

No. CR10295C

RECEIVED IN
COURT OF CRIMINAL APPEALS

DEC 07 2015

Abel Acosta, Clerk

Court of Criminal Appeals

P.O. Box 12308, Capital Station

Austin, Texas 78711

WR-53,367-03

Brief In Support Of

Writ OF Habeas Corpus

Comes now Walton John Alexander, petitioner, and submits

this brief in support of his application for habeas corpus from an

unlawful incarceration and restraint under cause No. 10295.

Application OF Art. 11.07 § 4a VACCP

Abuse OF Writ Statute

Abuse of writ under § 4a of Art. 11.07 VACCP has no

application in this case for the Court of Criminal Appeals has not

issued a final disposition judgement upon any previous application

for habeas corpus challenging this conviction. All the court has done

is issue a notice of denial-dismissal without order or opinion

which is not a final judgement under the Rules of Civil

Procedures; Rule 301 (requiring a written ruling); Rule 304 (requiring

the opinion be dated and entered of record); and Rule 306a (requiring

Signature of a judge). The denial-dismissal without written order or opinion violates the provisions of the Rules of Appellate procedure, Rule 47.1 requiring all Courts of Appeals must issue a written opinion on the merits of all issues raised; see Keehn V. State 233 S.W. 3d. 348 (Tx. Cr. App. 2007); see also West V. Robinson 180 S.W. 3d. 575 (Tex. 2005) (TRAP 47.1 is mandatory and courts of appeals not at liberty to disregard it); see also Ex Parte Kerr 64 S.W. 3d. 414-418-419 (Tx. Cr. App. 2002); Ex Parte Rawlinson 958 S.W. 2d. 198-200 Tx. Cr. App. 1997); and Ex Parte Torres 943 S.W. 2d. 744 (Tx. Cr. App. 1997) declaring the Court of Criminal Appeals must issue a meritorious written ruling on the merits of each and every issue raised under Art. 11.07 VACCP. Finally, the court is required to issue a written order remanding petitioner to custody under Art. 11.07 § 5:11.44 and 42.045 VACCp for closure of the writ. The record proves the statutory requisites of a final judgement do not exist on any prior habeas application challenging this conviction.

Prayer

Wherefore, premis considered, the judgement in cause No. 10295 are void as a mater of law, requiring reversal and release.

Respectfully Submitted

Walton John Alexander
T.D.C.J ID # 799196